UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Amanda Latta,

    Plaintiff,

    v.

U.S. Department of Education, *et al.*,

    Defendants.

Case No. 2:22-cv-4255

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Court stayed this case pending the Supreme Court's decisions in *Department of Education v. Myra Brown*, Supreme Court No. 22-535 and *Biden v. Nebraska*, Supreme Court No. 22-506. ECF No. 11. The Court further ordered Plaintiff to file a notice on the docket informing the Court when the Supreme Court issues its decisions in these cases. *See id*.

The Supreme Court issued its decision in both cases on Friday June 30, 2023. However, Plaintiff has not yet filed a notice to that effect. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** with **SEVEN DAYS** why this case should not be dismissed as moot due to the Supreme Court's decision in *Biden v. Nebraska*, 600 U.S. ----, 2023 WL 4277210 (2023).

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT