IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMANDA N. LATTA,<br><br>                              PLAINTIFF,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>   and<br><br>MIGUEL CARDONA, SECRETARY OF EDUCATION, in his official capacity,<br><br>                              DEFENDANTS. | Case No. 2:22-cv-4255-MHW-EPD<br><br>Judge Michael H. Watson |

**DISMISSAL OF CASE**

Plaintiff Amanda N. Latta, pursuant to Federal Rule of Civil Procedure 41(A)(1)(i), hereby dismisses this action without prejudice as to all claims, causes of action, and parties.

Respectfully submitted,

/s/ *David C. Tryon*
David C. Tryon (0028954)
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, Ohio 43215
(614) 224-4422
d.tryon@buckeyeinstitute.org

Dated: July 12, 2023